IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL CODY ARREDONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-CV-01546-E (BT) |
| | § | |
| ELLIS COUNTY COURTS, et al., | § | |
| | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 12). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** December 27, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE

1